IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANE WRIGHT                                                                                          PLAINTIFF

v.                                   NO. 6:19-CV-06112-RTD

SUN LIFE ASSURANCE COMPANY OF
CANADA                                                                                              DEFENDANT

## ORDER OF DISMISSAL

It appearing to the Court that this matter has been settled, it is **ORDERED** that the case be, and it is hereby, **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement. Each party will bear its own costs, attorneys' fees, and litigation expenses.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order. The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED this 28th day of February 2020.**

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**